# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ESTACUY PUAC,<br><br>　　　　　Petitioners,<br><br>　　v.<br><br>WARDEN OF THE MESA VERDE<br>DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 1:26-cv-00872-JLT-EPG-HC<br><br>ORDER AUTHORIZING IN FORMA<br>PAUPERIS STATUS<br><br>(ECF No. 2) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, Petitioner is HEREBY AUTHORIZED to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**February 4, 2026**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE